D
Dear Mr. Acosta:                                    September 6,2015

Re: Cause No. W11-14842-H(B)

My name is Sam Jones the Applicant in the above cause number, my

11.07 writ application is pending in Criminal District Court No.1 in

Dallas County. The trial court ignors all of my motions and pledings.

Enclosed is a copy of my motion to amend my 11.07 application and memo-

randum, I filed such motion in Criminal District Court No.1 on this date

due to the fact that that court ignors all of my motions and pledings I

mail you a copy of this motiion asking that you will either file it in

your court for the record or forward it to the trial court for a ruling.


                                    Thank You.

                                    Sam Jones

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| Ex Parte Sam Jones | § | Criminal District Court No.1 |
| Applicant/Petitioer | § | In And For Dallas County. |
| v | § | |
| State Of Texas | § | Cause No. W11-14842-H(B) |

APPLICANT'S REPLY TO THE STATE'S RESPONSE TO
APPLICATION FOR WRIT OF HEABEAS CORPUS AND
APPLICANT'S MOTION TO AMEND OR WITHDRAW HIS
APPLICATION AND MEMORANDUM OF LAW:

TO THE HONORABLE JUDGE ROBERT BURNS:

On September 14,2015 Sam Jones (hereafter referred to as Applicant) filed a 11.07 Application For Writ Of Heabeas Corpus in your court and he submitted what he believes to be a "50-page" memorandum of law that's in compliance with Rule 73.1(d) Tex.R.APP.P. The state contends in their Response that the memorandum and application is not in compliance with rule 73.1(a)(d)' for the following reasons: (1) The state contends that the memorandum exceeds the 50-page limit contending that its "67-pages" in lenght; and (2) That Applicant's final ground for relief has been appended to his application form using plain, unlined paper rather than copies of the prescribed form pages.

I

Applicant contends herein that his memorandum of law and application form is in fact in compliance with rule 73.1(a)(d) being that: (1) The memorandum of law is "50-pages" in lenght exclusive of appendices, exhibits, list of exhibits, cover page, table of contents, table of authorities, statement facts relevant to the issues presented for review, statement of facts, procedural history, grounds presented for review, and prayer & verification.

(2) Applicant has repeatedly written the district court clerk and his unit law library requesting copies of pages 14 and 15 of the prescribed form but to no avail. Applicant's unit law library refused to provide him with the requested forms and instructed him to use his own plain unlined paper. [see attached exhibit "A"]. In one of applicant's requests to the district clerk the clerk misunderstood applicant's request for **"blank"** copies of pages 14 and 15 of the prescribed form and erroneously sent applicant multiple copies of pages 14 and 15 of his previously filed 1107. application. [see clerk's record]. Applicant then sent the clerk's office two additional requests, one request also informed the clerk that he had misunderstood applicant's request and erroneously sent his multiple copies of pages 14 and 15 of his previously filed 11.07 application. Applicant's other request was stamp file dated on September 2,2015 and mailed back to him stating that he would receive the requested forms. [see attached exhibit "B"]. However, applicant never did receive the requested prescribed forms thus he had no other choice but to use plain unlined paper for 1 **single ground** out of **"twenty-one."**

## II

If applicant's memorandum does exceed the 50-page limit, which he contends that it do not, but if it does exceed the page limit its only due to him erroneously including the following sections/pages as part of the **"exclusive pages"** that he erroneously thought didn't count towards the 50-page limit: **(1)** List Of Exhibits; **(2)** Procedural History; **(3)** Statement oF Facts, **(4)** Statement Of Facts Relevant To The Issues Presented For Review; **(5)** Grounds Presented For Review; and **(6)** Prayer & verification.

---

1 Note that at the bottom of applicant's stamp file dated letter to the court clerk either the judge or the clerk wrote "writ pending 8-13-15" however, applicant's writ wasn't filed and filed dated until 9-14-15 one month later.

If this court concludes that Applicant's memorandum of law and his application does not comply with rule 73.1 then he request to amend his application and memorandum by the following ways: **(1)** Applicant request that the court on its own accord will subtract or delete, or nullify the said sections/pages in his memorandum outlined in the above **section II of this** motion: Or **(2)** Applicant request to amend his memorandum himself by deleting the said sections/pages from his memorandum, such sections/pages are a total of **12 pages** numbered **ii-iv** and **vii-xv.** If such sections/pages are not part of the **exclusive pages** then those 12 pages makes the memorandum a total of **62 pages not 67** as the state alleges]; **(3)** Applicant request that the court will instruct the district clerk to mail him copies of pages 14 and 15 of the prescribed form; Or **(4)** Allow Applicant to withdraw his application and memorandum to correct the errors.

## PRAYER:

**WHEREFORE, PREMISE CONSIDERED,** Applicant respectfully prays that this Honorable Court will **"GRANT"** this motion and accept his submitted 11.07 application and memorandum of law or in the alternative allow applicant to amend such correcting the errors or the court on its own accord delete the said sections/pages in the memorandum outlined herein this motion. Or in the alternative allow applicant to withdraw the application and memorandum to correct the errors.

## VERIFICATION:

I, Sam Jones being the Applicant in this motion declar that the facts stated herein are true and correct. By my signature below I certify under penalty of perjury that the foregoing is true and correct and that a copy of this motion was mailed to the Court Of Criminal Appeals and to the Dallas District Attoreny Susan Hawk by placing such in the Wynne Unit U.S. mail box. Executed at Walker County, Huntsville, Texas on this the 6th day of September 2015.

*Sam Jones*

Sam Jones